IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**Alternative Dispute Resolution Summary**

FILED
DEC 27 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY

Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.

1. Civil Action number: 7:17-CV-00093-RAJ
2. Style of case: COBB VETERINARY CLINIC PC vs THE HARTFORD INSURANCE COMPANY
3. Nature of suit: CNTR CNSMR COM DEBT
4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: 12/13/17
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR

   **X** Settled as a result of ADR.           ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1500.00
8. Duration of ADR: Half Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   MARY BURDIN
   DALLI SEYB, Esq. (Plaintiff Attorney)
   BRITTAN BUCHANAN, Esq. (Defense Attorney)

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Mary Burdin

    Signature

    4514 Cole Avenue, Dallas, TX 75205-4181
    Address

    December 14, 2017
    Date

    (214)528-1411
    Telephone