IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| COBB VETERINARY CLINIC, PC | § | |
| | § | |
| V. | § | NO. 7:17-CV-093 RAJ |
| | § | |
| THE HARTFORD INSURANCE COMPANY | § | |

## ORDER

Pursuant to the Alternative Dispute Resolution Summary [Doc. 12] filed December 27, 2017 indicating this case settled as a result of ADR, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file papers necessary to dismiss this action on or before THIRTY (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so Ordered.

SIGNED this 27th day of December, 2017.

_____
ROBERT JUNELL
SENIOR U.S. DISTRICT JUDGE